## Richmond

Lacy Carleton Polk, Jr. v. Commonwealth of Virginia.

October 12, 1970.

Record No. 7269.

Present, I'Anson, Carrico, Gordon, Harrison, Harman and Cochran, JJ.

*R. R. Ryder*, for plaintiff in error.

*William P. Bagwell, Jr., Assistant Attorney General (Andrew P. Miller, Attorney General*, on brief), for defendant in error.

*Decree affirmed* without opinion
by equally divided Court.